IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Trane U.S., Inc., | ) | Case No. 2:22-cv-00582-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED CONFERENCE |
| | ) | AND SCHEDULING ORDER |
| Integrated Contracting Group, LLC, | ) | |
| David E. Harvey Builders, Inc., d/b/a | ) | |
| Harvey-Cleary Builders, and Federal | ) | |
| Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1. <u>Rule 26(f) Conference</u>:  A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **June 10, 2022.**

2. <u>Rule 26(a)(1) Initial Disclosures</u>:  No later than **July 11, 2022**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. <u>Rule 26(f) Report</u>:  No later than **July 11, 2022**, the parties shall file a Fed. Civ. P. 26(f) Report in the form attached to this order.[2]

4. <u>Amendment of Pleadings</u>: Motions to join other parties and amend the pleadings shall be filed no later than **August 15, 2022.**

5. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:[3]

    Plaintiff:      **September 19, 2022**
    Defendant:   **October 20, 2022**

6. <u>Discovery</u>:  Discovery shall be completed no later than **May 10, 2023.**  All discovery requests shall be served in time for the responses thereto to be served by this deadline.  All depositions must be taken before this deadline.

7. <u>Dispositive Motions</u>:  All dispositive motions and all Daubert motions shall be filed on or before **June 24, 2023.**

8. <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-16.12, mediation shall be completed in this case on or before **June 30, 2023.** Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

9. <u>Trial</u>:  This case will go to trial during the term of court beginning **July 1, 2023**.

    AND IT IS SO ORDERED.

                                                                                           _____
                                                                                           David C. Norton
                                                                                           United States District Judge

February 7, 2023
Charleston, South Carolina
Pursuant to Local Civil Rule 83.I.06, this order is being sent to local counsel only.